WR-80,819-02                    8-31-2015

In The,
Court of Criminal Appeals;
Alvin Eugene Hines
                -V-
The State of Texas

RECEIVED IN
COURT OF CRIMINAL APPEALS

SEP 14 2015

Abel Acosta, Clerk

From Appeal no. 12-13-00325-CR
Trial Cause No. 31047
Anderson, County

First Motion for Extention of Time of File
Petition for Discretionary Review.

To the Honorable Judge of the court of
Criminal Appeals:

Comes, Now, Alvin Eugene Hines, Petitioner,
And files this motion for a Extention of sixty
(60) days in which to file a Petition for
Discretionary Review. In support of this motion,
Appealant shows the court of following.

## I

The Petitioner was convicted in the 3th Judy District Court of Anderson, County, Texas. of the offense of Murder in cause no-31047, Styled, State of Texas -v- Alvin Eugene Hines.

The Petitioner appealed to the Court of Appeals, Tyler Supreme Judicial District. The case was affirmed on July 1, 2015.

## II.

The present deadline for filing the Petition for Discretionary Review is July 31, 2015. The Petitioner has not requested any Extention prior to this request.

## III.

Petitioner's request for an Extention is based upon the following facts:

Petitioner was not informed of the dicision of the court of criminal Appeals in declining his case until July 1, 2015. Since that time, Petitioner has been _____ attempting

## III.

to gain legal representation in this matter. His attorney on the appeal, Mark Cargill, has informed Petitioner that he will not represent him on the Petition for Discretionary Review.

Wherefore, Petitioner, Prays this court grant this Motion and Extend the deadline for filing the petition for Discretionary Review in Case No. 3107*

* See, also WR-80,819-02 (Tex. Crim. Apps.

ORDER DATED. July 1, 2015    Alvin Eugene Nunes

Petitioner, Pro Se

Texas ~~~~~~ Department of

Criminal Justice

Michael, Unit

T.D.C.J. #1866741

Tennessee, Colony, Texas 75886

I certify that a true and correct copy of the above and foregoing, First Motion for Extention of Time to file a Petition for Discretionary Review, has been forwarded by U.S. Mail, postage pre-paid, First Class.

State Prosecuting Attorney, P.O. Box-12405, Austin, Texas, 78711, ON, this the 04 day of August, 2015

I, Alvin Eugene Hines, T.D.C.J. #1866741 being presently incarcerated in the Michael Unit of The Texas Department of Criminal Justice in Tennessee Colony County, Texas, Verify, and Declare under penalty of perjury that the foregoing Statements and true and correct.

Executed on this the 04 day of August 2015.

Alvin Eugene Hines #1866741